United States Bankruptcy Court

Central District of California

In re: Case No. 26-15777-NB
Joseph Roger Bell Chapter 7
Hailey Bell
Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 3
Date Rcvd: Sep 21, 2026 Form ID: 318a Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Roger Bell, Hailey Bell, 24431 Trevino Drive Unit V13, Valencia, CA 91355-2859 |
| 43149968 | | AAA of Southern California, PO Box 25001, Santa Ana, CA 92799-5001 |
| 43149971 | + | ARstrat, 14141 Southwest Freeway 300, Sugar Land, TX 77478-4630 |
| 43149981 | | Heather-Anne Muffet, 19419 Scroll St, Reseda, CA 91335-3739 |
| 43149983 | | Lorilee Williams, 7731 Paxton Pl, Rancho Cucamonga, CA 91730-0371 |
| 43149990 | + | Tarzana Emergency Medicine Assoc, 18321 Clark St, Tarzana, CA 91356-3501 |
| 43149991 | | Valencia Lakeshore COA, 24316 Venturi Dr, Valencia, CA 91355-2317 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BCADYE | Sep 22 2026 07:09:00 | Carolyn A Dye (TR), Law Offices of Carolyn Dye, 15030 Ventura Blvd., Suite 527, Sherman Oaks, CA 91403-5470 |
| smg | | EDI: CALTAXFEE | Sep 22 2026 07:09:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | EDI: EDD.COM | Sep 22 2026 07:09:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 22 2026 07:09:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Sep 22 2026 03:41:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 43149969 | ^ | MEBN | Sep 22 2026 03:36:14 | After Pay, PO Box 328, San Francisco, CA 94104-0328 |
| 43149970 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2026 03:45:25 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 43149972 | + | EDI: BANKAMER2 | Sep 22 2026 07:09:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 43149973 | | EDI: CAPITALONE.COM | Sep 22 2026 07:09:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43149974 | | EDI: JPMORGANCHASE | Sep 22 2026 07:09:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 43149975 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 22 2026 03:44:00 | Chex Systems, PO Box 583399, Minneapolis, MN 55458-3399 |
| 43149976 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2026 03:45:40 | Credit One Bank, PO Box 98873, Las Vegas, NV |

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8873 |
| 43149977 | | EDI: MAXMSAIDV | Sep 22 2026 07:09:00 | Department of Education / Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 43149978 | + | EDI: DISCOVER | Sep 22 2026 07:09:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 43149979 | ^ | MEBN | Sep 22 2026 03:36:45 | Early Warning Services, Attn: Consumer Services Dept, 5801 N Pima Rd, Scottsdale, AZ 85250-2635 |
| 43149980 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 22 2026 03:42:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 43149982 | | EDI: LCIICSYSTEM | Sep 22 2026 07:09:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 43149984 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2026 03:43:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 43149985 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2026 03:42:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 43149986 | + | Email/Text: bankruptcy@reeselawgroup.com | Sep 22 2026 03:43:00 | Reese Law Group, 3168 Lionshead Ave, Carlsbad, CA 92010-4706 |
| 43149987 | | Email/Text: bankruptcygroup@sce.com | Sep 22 2026 03:42:00 | Southern California Edison, PO Box 800, Rosemead, CA 91770-0800 |
| 43149988 | ^ | MEBN | Sep 22 2026 03:37:03 | Suttell & Hammer, PO Box C-90006, Bellevue, WA 98009-9006 |
| 43149989 | | EDI: SYNC | Sep 22 2026 07:09:00 | Synchrony / Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 43149992 | | EDI: WFCCSBK | Sep 22 2026 07:09:00 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Benjamin Heston | |

| | |
|---|---|
| | on behalf of Debtor Joseph Roger Bell bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Hailey Bell bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

Debtor 1 Joseph Roger Bell
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–9945
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing) Hailey Bell
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–9571
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Central District of California

Case number: 2:26–bk–15777–NB

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Roger Bell

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 9/21/26

Hailey Bell
fka Hailey Simmerman

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 9/21/26

**Dated:** 9/21/26

**By the court:** Neil W. Bason
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.



**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**